**E-Filed 6/27/06 **

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RANDY NUNEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JEANNE S. WOODFORD,<br><br>　　　　　Respondent. | Case Number C 05-02878 JF<br><br>ORDER[1] GRANTING RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS<br><br>[re: docket no. 3] |

　　　　On July 14, 2005, Petitioner Randy Nunez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 22, 2006, Respondent Jeanne S. Woodford, Warden, filed a motion to dismiss the petition on the ground that it is untimely. Pursuant to the Antiterrorism and Effective Death Penalty Act of 1996, a one-year statute of limitations applies to the filing of a federal habeas petition. 28 U.S.C. § 2244. Petitioner's petition for review in the California Supreme Court was denied on October 3, 2000. Petitioner has not filed an opposition to the instant motion. Accordingly, because Respondent's motion to dismiss is unopposed and

---

[1] This disposition is not designated for publication and may not be cited.

1  appears to be well-founded, the Court will grant the instant motion to dismiss without prejudice.
2  Having considered this matter without oral argument, pursuant to Civil Local Rule 7-1(b), the
3  hearing scheduled for June 30, 2006 shall be vacated.  The clerk of the court shall close the file.
4     IT IS SO ORDERED.

6  DATED:  June 27, 2006

                                      JEREMY FOGEL
                                      United States District Judge

2

Case No. C 05-02878 JF
ORDER GRANTING RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS
(JFLC1)

1  This Order has been served upon the following persons:
2  Robert Zaiden Corrado        bob@corradolaw.com
3  Christina Vom Saal           christina.vomsaal@doj.ca.gov
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28